IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00112-CMA
(Criminal Action No. 09-cr-00392-CMA-1)

UNITED STATES OF AMERICA,

v.

DAVID ALLEN SUSSMAN,

    Movant.

---

**JUDGMENT**

---

Pursuant to and in accordance with the Order Denying 28 U.S.C. § 2255 Motion entered by the Honorable Christine M. Arguello (ECF No. 59), the following Judgment is hereby entered:

1. The Motion to Vacate Under 28 U.S.C. § 2255, (Doc. # 58), filed on January 17, 2012, is DENIED WITHOUT PREJUDICE; and

2. That leave to proceed in forma pauperis on appeal is DENIED.

3. That no certificate of appealability will issue because Movant has not made a substantial showing of the denial of a constitutional right.

4. That the corresponding civil action is dismissed.

Dated at Denver, Colorado this   1st   day of February, 2012.

                              FOR THE COURT:

                              GREGORY C. LANGHAM, CLERK

                              By:  s/ Edward P. Butler
                                  Edward P. Butler, Deputy Clerk